

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00238-CR

Juan Roberto **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1990CR1294-W10
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On January 6, 2023, this court received appellant's brief. On January 7, 2023, this court received a second "corrected" brief from appellant. While the second brief cured an issue with the table of contents in the first brief, it did not cure other violations of the briefing requirements in the Texas Rules of Appellate Procedure. Specifically, the brief does not contain a statement of facts or statement of the case that is "supported by record references." *See* TEX. R. APP. P. 38.1(d), 38.1(g). Appellant must cite to the appellate record. *See id.*

Accordingly, we ORDER appellant's January 6, 2023 and January 7, 2023 briefs STRICKEN. We ORDER appellant's counsel to file an amended brief that complies with rules 9.4 and 38.1 of the Texas Rules of Appellate Procedure on or before **January 30, 2023**. *See* TEX. R. APP. 9.4(k); TEX. R. APP. P. 38.9(a).

Entered on this 10th day of January, 2023.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ, Clerk of Court